UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BRYAN KOMINIAK, | Case No.: 25cv3113-LL-DEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL [ECF No. 6];** |
| COUNTY OF SAN DIEGO, ET AL., | |
| Defendants. | **ORDER DENYING AS MOOT MOTION TO PROCEED IN FORMA PAUPERIS [ECF No. 7]** |

Pending before the Court is a Motion for Appointment of Counsel by pro se Plaintiff, Bryan Kominiak. ECF No. 6. There is no constitutional right to counsel in a civil case, and appointment of counsel under 28 U.S.C. § 1915(e)(1) is within "the sound discretion of the trial court and is granted only in exceptional circumstances." *Agyeman v. Corr. Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991) (noting that only "exceptional circumstances" support such a discretionary appointment). Exceptional circumstances exist where there is cumulative showing of both a likelihood of success on the merits and an inability of the pro se litigant to articulate his claims in light of their legal complexity. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009).

1

The Court finds that Plaintiff is capable of legibly articulating the facts and circumstances relevant to his claims, which are not exceptionally legally complex. Accordingly, the Court **DENIES** Plaintiff's Motion for Appointment of Counsel.

Additionally, Plaintiff filed a Motion to Proceed In Forma Pauperis, in which Plaintiff seeks to proceed in this case without payment of fees. ECF No. 7. However, upon removal of this action from state court to federal court by the Defendants, they paid the requisite filing fee of $405 dollars as evidenced by receipt number ACASDC-20475594. *See* ECF No. 1. Accordingly, Plaintiff's Motion to Proceed In Forma Pauperis is **DENIED AS MOOT** as the filing fee has already been paid.

**IT IS SO ORDERED.**

Dated:  March 24, 2026

_____
Honorable Linda Lopez
United States District Judge

25cv3113-LL-DEB