UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN KOMINIAK,<br><br>                                    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, ET AL.,<br><br>                                    Defendants. | Case No.:  25cv3113-LL-DEB<br><br>**ORDER DENYING MOTION FOR STAY OF PROCEEDINGS**<br><br>**[ECF No. 12]** |

Pending before the Court is Defendant County of San Diego's Motion for Stay of Proceedings. ECF No. 12. Defendant County of San Diego requests a stay of all proceedings by ninety (90) days because "lead counsel for Defendants Ronald Lenert is an active duty U.S. Navy reservist and has received military orders that will make him unable to work on County matters from April 13, 2026 to May 27, 2026." *Id*. at 1. Accordingly, Defendants ask the Court to stay all proceedings in this litigation by ninety (90) days, until June 15, 2026. *Id.* at 2.

The Court has broad discretion when it comes to managing its docket and determining whether to stay a case. *Dependable Highway Express, Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir. 2007). While the Court is sympathetic to Defendants' counsel, Mr. Lenert's responsibilities as a U.S. Navy reservist, the Court does not find good

1

cause to delay the case as requested. The Motion is therefore **DENIED without prejudice** at this procedural posture.

   **IT IS SO ORDERED.**

Dated:  March 24, 2026

_____

Honorable Linda Lopez
United States District Judge

25cv3113-LL-DEB