UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BRYAN KOMINIAK,
Plaintiff,
v.
COUNTY OF SAN DIEGO, ET AL.,
Defendants.

Case No.: 25cv3113-LL-DEB

**ORDER ADOPTING REPORT AND RECOMMENDATION [ECF No. 24];**

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS WITH LEAVE TO AMEND PLAINTIFF'S 42 U.S.C. § 1983 CLAIM AGAINST THE COUNTY AND SHERIFF MARTINEZ [ECF No. 8]**

On August 14, 2025, Plaintiff Bryan Kominiak, a state prisoner proceeding pro se, filed a Complaint in the Superior Court of California which was removed to federal court on November 12, 2025. ECF No. 1. Plaintiff's operative complaint is an Amended Complaint alleging causes of action under 42 U.S.C. § 1983 for violation of the Fourteenth Amendment, Title II of the Americans with Disabilities Act ("ADA"), California Government Code § 845.6, and professional negligence. ECF No. 5. On December 15, 2025, Defendants filed a Motion to Dismiss arguing that the Amended Complaint fails to

state a claim (Rule 12(b)(6)) and does not provide a short and plain statement that puts the County on notice of the claims (Rule 8(a)(2)). ECF No. 8. Plaintiff filed an opposition to the Motion to Dismiss (ECF No. 9) and Defendants filed a Reply (ECF No. 11).

The matter was referred to United States Magistrate Judge Daniel Butcher for a Report and Recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1) and Civil Local Rule HC.2. On July 8, 2026, Judge Butcher issued an R&R recommending that the Court issue an Order as follows:

- **DISMISSING** the 42 U.S.C. § 1983 claim against the County of San Diego WITH LEAVE TO AMEND, and **DISMISSING** the Fourteenth Amendment claim against the County of San Diego WITHOUT LEAVE TO AMEND;
- **DISMISSING** the ADA claim against all Defendants WITHOUT LEAVE TO AMEND;
- **DISMISSING** the personal capacity claims against Sheriff Kelly A. Martinez WITH LEAVE TO AMEND, and **DISMISSING** the official capacity claims against Sheriff Kelly A. Martinez WITHOUT LEAVE TO AMEND;
- **ORDERING** Kominiak to accomplish the following no later than ninety days after the adoption and approval of this Report and Recommendation:
    - Identify all Doe defendants;
    - File a third amended complaint curing the pleading deficiencies identified above and substituting named defendants for Doe defendants; and
    - Serve the summons and third amended complaint on all defendants.
- **GRANTING** Kominiak leave to serve early discovery on the County limited to identifying Doe defendants.

ECF No. 24 at 10-11.

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth the district court's duties in connection with a magistrate judge's report and recommendation. The district court judge must "make a de novo determination of those portions of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see*

*also United States. v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of a timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206) (9th Cir. 1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.").

Objections to the Report and Recommendation were due no later than July 23, 2026. ECF No. 24. To date, no objections have been filed and the time for doing so has expired. Having reviewed the Report and Recommendation, the Court finds it is thorough, well-reasoned, and contains no clear errors. Accordingly, the Court **ADOPTS** the Report and Recommendation in its entirety.

## CONCLUSION

For the reasons set forth above, the Court **ADOPTS** the Report and Recommendation in its entirety as follows:

- **GRANTS** the Motion to Dismiss the 42 U.S.C. § 1983 claim against the County of San Diego WITH LEAVE TO AMEND, and **GRANTS** the Motion to Dismiss the Fourteenth Amendment claim against the County of San Diego WITHOUT LEAVE TO AMEND;
- **GRANTS** the Motion to Dismiss the ADA claim against all Defendants WITHOUT LEAVE TO AMEND;
- **GRANTS** the Motion to Dismiss the personal capacity claims against Sheriff Kelly A. Martinez WITH LEAVE TO AMEND, and **GRANTS** the Motion to Dismiss the official capacity claims against Sheriff Kelly A. Martinez WITHOUT LEAVE TO AMEND;
- **ORDERS** Plaintiff Kominiak to accomplish the following no later than **October 28, 2026**:
  - Identify all Doe defendants;
  - File a third amended complaint curing the pleading deficiencies

  - identified in the R&R and substituting named defendants for Doe defendants; and
  - Serve the summons and third amended complaint on all defendants.

- **GRANTS** Kominiak leave to serve early discovery on the County limited to identifying Doe defendants.

Dated: July 29, 2026

Honorable Linda Lopez
United States District Judge